Sasoon Sardarian, State Bar No. 235088
Law Offices of Sasoon Sardarian
140 South Lake Ave., Suite 351
Pasadena, California 91101
Telephone: (626) 421-6517

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHAREH DAHYEK,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, A Washington Corporation, authorized to do business in the State of California; SAFECO INSURANCE, and entity of unknown form; SELECTIVE AUTO AND FIRE INSURANCE COMPANY OF AMERICA, a Corporation, authorized to do business in the State of California; SELECTIVE AUTO AND FIRE ENSURANCE COMPANY OF AMERICA, a Corporation, authorized to do business in the State of California; GENERAL INSURANCE COMPANY OF AMERICA, an entity of unknown form; AMERICA STATES FINANCIAL CORPORATION, a Corporation, authorized to do business in the State of California; LIBERY MUTUAL GROUP, an entity of unknown form; LIBERY MUTUAL INSURANCE COMPANY, a Corporation, authorized to do business in the State of California; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-03821-GW-GJS<br><br>Removed from Los Angeles Superior Court, Case No. LC102851<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |

1  **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**

2        IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their
3  respective counsels that the entire above-captioned action is voluntarily dismissed, without
4  prejudice, against all defendants (SAFECO INSURANCE COMPANY OF AMERICA, a
5  Washington Corporation, authorized to do business in the State of California; SAFECO
6  INSURANCE, and entity of unknown form; SELECTIVE AUTO AND FIRE INSURANCE
7  COMPANY OF AMERICA, a Corporation, authorized to do business in the State of California;
8  SELECTIVE AUTO AND FIRE ENSURANCE COMPANY OF AMERICA, a Corporation,
9  authorized to do business in the State of California; GENERAL INSURANCE COMPANY OF
10 AMERICA, an entity of unknown form; AMERICA STATES FINANCIAL CORPORATION, a
11 Corporation, authorized to do business in the State of California; LIBERY MUTUAL GROUP,
12 an entity of unknown form; LIBERY MUTUAL INSURANCE COMPANY, a Corporation,
13 authorized to do business in the State of California; and DOES 1-100, inclusive), pursuant to the
14 Federal Rules of Civil Procedure 41(a)(1).

_____  09/21/2015
Signature of Plaintiff

_____ 10/27/2015    _____ 10/27/15
Signature of Plaintiff's Counsel            Signature of Defendants' Counsel
Law Offices of Sasoon Sardarian           MORRIS POLICH & PURDY, LLP
140 South Lake Ave., Suite 351            1055 West Seventh Street, 24th Floor
Pasadena, California 91101                Los Angeles, California 90017
Telephone: (626) 421-6517                 Telephone: (213) 891-9100

                  IT IS SO ORDERED.

                  Dated: October 29, 2015

                  _____
                  UNITED STATES DISTRICT JUDGE